

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Zachary B. Stendig*  *Suite 400*  DIRECT: 410-209-4893
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Zachary.Stendig@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

June 28, 2019

Honorable James K. Bredar
Chief United States District Judge
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:      *United States v. Moises Alexis Reyes-Canales, et. al.,*
                Criminal Number:  JKB-17-0589

Dear Chief Judge Bredar:

      On July 1st and 2nd of 2019, the Court has scheduled the consolidated motions hearings in the above captioned matter. Given the number of defendants and motions, the logistics for such a hearing are complicated. Many of the motions are similar, but several pertain to only one of the individual defendants. Additionally, only a few require the taking of witness testimony.

      The parties are seeking the Court's guidance regarding the scheduling of these motions. This will enable the parties to have the appropriate witnesses and or exhibits available at the appropriate times. To that end, the parties held a conference call on June 24, 2019. During that call, the parties discussed the information contained herein and the United States discussed the filing of this letter without objection. Further, the Government has made disclosures of certain information regarding potential witnesses in accordance with the parties' discovery agreement. The parties propose that on July 1, 2019, the Court handle all motions that require witness testimony. A chart of the pending motions pertaining to this hearing is included below including a column indicating whether the parties believe witness testimony is required.

| **Defendant** | **Motion** | **ECF No.** | **Testimony Required?** |
|---|---|---|---|
| **Gomez-Jimenez** | Motion to Suppress Tangible and Statement Evidence | 114 | **Yes** |
| | Motion to Adopt, Join, and Conform to Motions, Objections, or Other Applications for Relief Filed and Raised by Co-Defendants | 115 | No |
| | Corrected Motion to Sever Trial | 130 | No |
| **Sandoval-Rodriguez** | Motion to Adopt Motions Filed by Co-Defendants | 117 | No |
| | Motion to Suppress Search Evidence – Telephonic Communication at Howard County Detention Center | 118 | **Yes** |

|  | Motion to Suppress Search Evidence - DNA | 119 | No – moot |
|---|---|---|---|
|  | Motion to Suppress Search Evidence – WhatsApp Account | 120 | No – moot |
|  | Motion to Suppress Search Evidence – Statement | 121 | No – moot |
| **Cruz-Flores** | Motion for Leave to File Additional Motions as Additional Information Becomes Available to the Defense | 123 | No |
|  | Motion to Suppress Statements | 125 | No – moot |
|  | Motion to Adopt all Pertinent Motions Filed by Co-Defendants | 126 | No |
|  | Motion to Suppress Tangible and Derivate Evidence Seized in Search Warrants | 128 | No |
|  | Reply to Government's Response to Motion to Suppress Tangible and Derivative Evidence Seized in Search Warrants | 163 | No |
| **Reyes-Canales** | Motion to Suppress Statements Obtained on March 29, 2017 | 133 | **Yes** |
|  | Motion to Strike Alleged Alias from the Indictment | 134 | No |
|  | Motion to Suppress Evidence Seized from Various Stops and Searches of the Defendant | 135 | No |
|  | Motion to Adopt and Join in Motions Filed by Co-Defendants | 136 | No |
|  | Motion to Suppress Search and Seizure of Evidence | 137 | No |
|  | Motion for Leave to Amend, Supplement, Withdraw or File Additional Motions | 138 | No |

      With regard to the motions to suppress certain statement evidence, specifically ECF Nos. 114 and 133, the Government provided the Court with video files for the interviews with defendants Gomez-Jimenez and Reyes-Canales. Earlier this week, the Government confirmed that the Court's law clerk, Whitney White, was in receipt of those video files and was able to properly open and play the files. The longest taped statement has a total running time of more than four hours. The Government does not anticipate playing the entire video during the hearing, but rather the particular portions that are relevant to counsel's suppression motions. Additionally, the Government has obtained draft, translated transcripts of the recorded videos. These draft transcripts have been provided to counsel. The Government will bring extra copies to the hearing on July 1, 2019, should the court wish to review the transcripts.

      Regarding the remaining motions, the Government submitted to the Court with its response the affidavits for various search warrants that are at issue in certain motions to suppress evidence, specifically ECF Nos. 128, 137. The defendants all argued that the search warrants lacked probable cause and were thus improperly issued. Unless the Court wants additional arguments, the Government is prepared, with the exception of a brief response to ECF No. 163, to rely upon the pleadings as to each search warrant.

One of the Government's witnesses, Detective Juan Honesto, is scheduled to leave for a vacation on July 2, 2019. The Government hopes to conclude his testimony on July 1, 2019 to allow him to leave for vacation. Indeed, the Government will endeavor, if possible, to complete all of the motions on July 1, 2019. To the extent that is not possible, any remaining motions can then be addressed on July 2, 2019.

The Government also wanted to inform that Court that it became aware on June 27, 2019, that a technical issue prevented the production of certain discoverable material. Upon learning of the issue, the Government immediately provided counsel with the documents, which included several search warrant affidavits. Certainly, if counsel wishes to file any motions pertaining to these search warrants, the Government will consent to the filing of those motions. The Government suggests litigating these motions, if any, related to this material at a later motions hearing date when the parties address the two outstanding pre-trial motions (ECF Nos. 113 and 124, which the Court and the parties previously agreed would be litigated at a later time).

Lastly, counsel for defendant Fermin-Gomez filed ECF No. 170 joining in two motions seeking suppression of jail calls and a search warrant. If the Court grants the defendant's motion for leave to file, the United States will be prepared to address those issues orally at the hearing.

Obviously, in submitting this status letter, the Government is only proposing the schedule, and would welcome the input of the Court or other parties to resolve the motions in an expeditious manner. Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact me.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

    David L. Jaffe
    Chief, Organized Crime and Gang Section

By:    /s/
    Zachary Stendig
    Assistant United States Attorney
    Samantha Mildenberg
    Special Assistant United States Attorney
    36 South Charles St., 4th Floor
    Baltimore, Maryland 21201
    Tel.: (410) 209-4800


    /s/
    Matthew K. Hoff
    Trial Attorney

                                  Organized Crime and Gang Section
U.S. Department of Justice
1301 New York Avenue, NW
Suite 700
Washington, D.C. 20005
Tel.: (202) 598-8093

CC: counsel of record