## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **CRIMINAL NO. JKB-17-0589** |
| **MOISES ALEXIS REYES-CANALES,** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MEMORANDUM AND ORDER

The Court held a hearing in this case on February 28, 2020. For the reasons stated in open court, it is ORDERED:

1. Moises Alexis Reyes-Canales's Motion to Dismiss (ECF No. 310) is DENIED. The Government may properly charge Reyes-Canales as an adult with conspiracy to commit murder in aid of racketeering, even though this alleged incident took place nine days before his eighteenth birthday, because Reyes-Canales had attained his twenty-first birthday at the time he was indicted for this crime and thus did not meet the definition of a juvenile pursuant to the Juvenile Justice and Delinquency Prevention Act, 18 U.S.C. § 5031. *See United States v. Lopez*, 860 F.3d 201, 209–11 (4th Cir. 2017) (affirming decision permitting defendant to be tried as an adult for crime committed as juvenile where defendant was over twenty-one years of age when indicted).

2. During the hearing, there was a robust discussion of the question of whether the Due Process Clause has been violated by the Court or the Government in the conduct of this case. It has not been, for the reasons set out in open court.

3. Moises Alexis Reyes-Canales's Motion in Limine (ECF No. 255) is DENIED as MOOT.

DATED this 28th day of February, 2020.

BY THE COURT:

James K. Bredar
Chief Judge